No. 79–6886.  GONZALES v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 79–6889.  BRINKLEY v. LeFEVRE, CORRECTIONAL SU-
PERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 79–6890.  FORSBERG v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 79–6891.  McCRARY v. MEROLA, DISTRICT ATTORNEY
OF BRONX COUNTY.  C. A. 2d Cir.  Certiorari denied.

No. 79–6892.  BRYAN v. BYRD ET AL.  C. A. 4th Cir.  Cer-
tiorari denied.

No. 79–6893.  SNEAD v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 79–6894.  SMITH v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 79–6895.  PHILLIPS v. BROWN, WARDEN.  C. A. 10th
Cir.  Certiorari denied.

No. 79–6897.  HAMPEL v. MOTEL PROPERTIES, INC.  Ct.
App. Ga.  Certiorari denied.

No. 80–1.  GREEN v. BARTHOLOMEW ET AL.  C. A. 2d Cir.
Certiorari denied.

No. 80–2.  SMITH v. CHRYSLER CORP.  C. A. 5th Cir.
Certiorari denied.

No. 80–3.  KELLOGG MALL ASSOCIATES v. BOARD OF COUNTY
COMMISSIONERS OF SEDGWICK COUNTY, KANSAS, ET AL.  Sup.
Ct. Kan.  Certiorari denied.